IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                                            CR NO. 1:05-CR-10004-01-T

MARY CHRISTINE GREEN

ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 2, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Michael J. Stengel, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Friday, July 29, 2005 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 2 May 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:05-CR-10004 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT