

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                No. 05-10004-T

MARY CHRISTINE GREEN,

    Defendant.

## MOTION TO RESET SENTENCING

Comes now the defendant, Mary Christine Green, by and through her court-appointed counsel of record, Michael J. Stengel, Esq., and moves this Court to reset her sentencing currently scheduled for Friday, July 29, 2005 at 8:30 a.m. In support thereof, Ms. Green would show:

1. Defense counsel will be out of town attending the Death Penalty College in Santa Clara, California from July 29 – August 5, 2005.

2. The undersigned is scheduled to be in Nashville, Tennessee on August 7 and August 8, 2005, accompanying a client expected to testify in federal court that Monday. Defense counsel currently anticipates trying a case in federal court in Memphis, Tennessee during the remainder of the week of August 8, 2005. I will be out of town on vacation on Friday, August 19, 2005.

FILED BY
SP
JUL 1 4 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/15/05

**MOTION GRANTED**
DATE: 14 July 2005

James D. Todd
U.S. District Judge

36

3. Defense counsel received Ms. Green's presentence report on July 8, 2005, less than the thirty-five days prior to sentencing required by L.Cr.R. 32.1(b).

4. The undersigned has discussed this motion with AUSA Kitchen, who has no objection to Ms. Green's sentencing being reset.

WHEREFORE, PREMISES CONSIDERED, Ms. Green prays this Court grant her motion and reset her sentencing to sometime on or after August 15, 2005, but not August 19, 2005.

Respectfully submitted,

_____
Michael J. Stengel (12260)
Attorney for Defendant
50 N. Front Street, Suite 850
Memphis, Tennessee   38103
(901) 527-3535


### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Jerry Kitchen, 109 S. Highland Ave., Suite 300, Jackson, Tennessee 38301, this 12th day of July, 2005.

_____
Michael J. Stengel

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:05-CR-10004 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT