IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          No. 05-10004-T

MARY CHRISTINE GREEN,

    Defendant.

---

### MOTION TO AMEND JUDGMENT

---

Comes now the defendant, Mary Christine Green, by and through her court-appointed counsel of record, Michael J. Stengel, Esq., and moves this Court to amend the judgment to include a recommendation that the BOP designate FPC Alderson, West Virginia as her place of confinement. In support thereof, Ms. Green would show:

1. In orally pronouncing sentence, the Court stated it would recommend that Ms. Green's sentence be served at FPC Alderson, West Virginia. (R.42, Minutes: Sentencing).

2. The judgment entered (R.43) does recommend that the BOP place Ms. Green in a long term residential drug treatment program, however, fails to include the recommendation that her sentence be served at FPC Alderson, West Virginia.

WHEREFORE, PREMISES CONSIDERED, in view of the statements it made in open-court, Ms. Green prays this Court enter an amended

**MOTION GRANTED**
DATE: 24 August 2005
/s/ James D. Todd
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/26/05

judgment containing the FPC Alderson, West Virginia recommendation to the BOP.

Respectfully submitted,

_____
Michael J. Stengel (12260)
Attorney for Defendant
50 N. Front Street, Suite 850
Memphis, Tennessee   38103
(901)  527-3535

### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Jerry Kitchen, 109 S. Highland Ave., Suite 300, Jackson, Tennessee 38301, this 22d day of August, 2005.

_____
Michael J. Stengel

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:05-CR-10004 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT